Laura E. Krank
Attorney at Law: 220208
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: Laura_rk.office@speakeasy.net

Attorneys for Plaintiff
JOANN RUIZ

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA FRESNO DIVISION

| | |
|---|---|
| JOANN RUIZ,<br><br>             Plaintiff,<br>v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security.<br><br>             Defendant. | Case No.: 1:09-CV-02087-GSA<br><br>ORDER EXTENDING BRIEFING SCHEDULE |

Based upon the stipulation of the parties, IT IS HEREBY ORDERED, that Plaintiff shall have an extension of time, to and include May 24, 2010, in which to provide Defendant with Plaintiff's settlement letter brief; and that all other deadlines set forth in the December 1, 2009 Case Management Order shall be extended accordingly.  IT IS SO ORDERED

DATE: May 26, 2010           /s/ Gary S. Austin
                             The Honorable Gary S. Austin
                             United States Magistrate Judge